UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**SARA BERRY,**

    **Plaintiff,**

v.                                           **CASE NO.:**

**NORTHSTAR CONTRACTING GROUP, INC., and FLORIDA DEPARTMENT OF ENVIRONMENTAL PROTECTION,**

    **Defendants.**

_____/

**<u>DEFENDANT'S NOTICE OF AND PETITION FOR REMOVAL</u>**

Defendant, NORTHSTAR CONTRACTING GROUP, INC. ("Defendant NorthStar"), by and through its undersigned attorneys, and in accordance with the applicable Federal Rules of Civil Procedure, Rule 7.2 of the Local Rules of the United States District Court for the Northern District of Florida, and Title 28 of the United States Code §§ 1331, 1441 and 1446, hereby files this Notice of and Petition for Removal. Defendant requests that this Court remove the civil action filed by Plaintiff, SARA BERRY ("Plaintiff'), in the Circuit Court of the Second Judicial Circuit, in and for Leon County, Florida, to the United States District Court for the Northern District of Florida, Tallahassee Division. The grounds for removal of this civil action are set forth below.

1. On or about July 7, 2021, Plaintiff brought this action in State Court, in the Circuit Court of the Second Judicial Circuit, in and for Leon County, Florida, under the name and style, *Sara Berry v. NorthStar Contracting Group, Inc., and Florida Department of Environmental Protection* (hereinafter the "Circuit Court Case"). The Circuit Court Case was assigned Case Number 2021-CA-001208.

2. On August 30, 2021, Defendant NorthStar was served with Plaintiff's Complaint. A copy of the Summons and Complaint are attached as **Exhibit A**.

3. On September 27, 2021, counsel for Defendant Florida Department of Environmental Protection ("DEP") informed undersigned counsel that DEP consents to removal of this action.

4. This action is removable to this Court because it is within the original jurisdiction of the United States District Court pursuant to 28 U.S.C. § 1331, as Plaintiff's Complaint contains claims arising under federal law, including 29 U.S.C. § 794 *et seq.* ("the Rehabilitation Act"), and 42 U.S.C. § 1981a ("§ 1981"). The Court further has supplemental jurisdiction over Plaintiff's claim under the Florida Civil Rights Act, Chapter 760, Florida Statutes, pursuant to 28 U.S.C. § 1367.

6. The United States District Court for the Northern District of Florida, Tallahassee Division, includes the judicial circuit in which Plaintiff filed her Complaint. *See* **Exhibit A.** Thus, removal to this Court is proper pursuant to 28 U.S.C. § 1446(a).

7. This Notice of and Petition for Removal has been filed within 30 days of Defendant NorthStar's receipt of service of the Complaint in the Circuit Court Case on August 30, 2021. Thus, this Notice of and Petition for Removal is timely filed pursuant to 28 U.S.C. § 1446(b).

8. Copies of all process, pleadings, orders and other papers or exhibits of every kind currently on file in the Circuit Court Case are attached to this Notice of and Petition for Removal as composite **Exhibit "B"**, as required by 28 U.S.C. § 1446(a) and Local Rule 7.2.

9. Pursuant to 28 U.S.C. § 1446(d), Defendant NorthStar has provided Notice of this Notice of and Petition for Removal to Plaintiff and has filed a copy of this Notice of and Petition for Removal in the Circuit Court Case.

**WHEREFORE**, Defendant, NORTHSTAR CONTRACTING GROUP, INC., respectfully requests that the United States District Court for the Northern District of Florida, Tallahassee Division, accept the removal of this action from the Circuit Court of the Second Judicial Circuit, in and for Leon County, Florida, and direct that the Circuit Court have no further jurisdiction over this action unless, and until, this case is remanded.

[*This space intentionally left blank*]

DATED this 29th day of September, 2021.

        Respectfully submitted,

        JACKSON LEWIS PC
        501 Riverside Avenue, Suite 902
        Jacksonville, FL  32202
        Telephone: (904) 638-2667
        Facsimile: (904) 638-2656

        By: */s/ Ross D. Vickers*
        Benjamin D. Sharkey
        Florida Bar No. 389160
        Benjamin.Sharkey@jacksonlewis.com
        Ross D. Vickers
        Florida Bar No. 121717
        Ross.Vickers@jacksonlewis.com

        Attorneys for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 29th day of September, 2021, the foregoing was electronically filed with the Court by using the CM/ECF system, which serves electronic notification on the following counsel of record:

Marie A. Mattox, Esq.
Marie A. Mattox, P.A.
203 N Gadsden St.
Tallahassee, FL  32301
Marie@mattoxlaw.com
Marlene@mattoxlaw.com
Michelle@mattoxlaw.com

Attorneys for Plaintiff

/s/ Ross D. Vickers
Attorney