UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

SARA BERRY,

    Plaintiff,

v.                                  CASE NO.: 4:21-00400-MW-MJF

NORTHSTAR CONTRACTING GROUP,
INC., and FLORIDA DEPARTMENT OF
ENVIRONMENTAL PROTECTION,

    Defendants.
_____/

**DEFENDANT NORTHSTAR'S**
**NOTICE OF SATISFACTION OF JUDGMENT**

Defendant, NORTHSTAR CONTRACTING GROUP, INC. ("NorthStar"), hereby provides notice that the Cost Judgment rendered in Northstar's favor in this action on April 4, 2023 (Doc. 68), has been satisfied.

1

DATED this 11th day of April 2023.

> Respectfully submitted,
> JACKSON LEWIS PC
> 501 Riverside Avenue, Suite 902
> Jacksonville, FL 32202
> Telephone: (904) 638-2655
> Facsimile: (904) 638-2656
>
> By: */s/ Ross D. Vickers*
> Benjamin D. Sharkey
> Florida Bar No. 0389160
> Benjamin.sharkey@jacksonlewis.com
> Ross D. Vickers
> Florida Bar No. 121717
> Ross.vickers@jacksonlewis.com
>
> *Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 11th day of April 2023, the foregoing was electronically filed with the Court using the CM/ECF system, which will give electronic notification on the following counsel of record:

| | |
|---|---|
| Brian C. Keri | Marie A. Mattox, Esq. |
| P.O. Box 13599 | Marie A. Mattox, P. A. |
| Tallahassee, FL 32317 | 203 North Gadsden Street |
| Brianckeri@earthlink.net | Tallahassee, FL 32301 |
| | marie@mattoxlaw.com |
| *Attorney for Defendant FDEP* | marlene@mattoxlaw.com |
| | michelle@mattoxlaw.com |
| | |
| | *Attorney for Plaintiff* |

> */s/ Ross D. Vickers*
> Attorney

4885-8313-8397, v. 1

2